# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

REGINALD DAVIS

NO. 2025 KW 1197

**FEBRUARY 23, 2026**

---

In Re:    Reginald Davis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-11-0181.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.** The new rule of criminal procedure announced in **Ramos v. Louisiana,** 590 U.S. 83, 93, 140 S.Ct. 1390, 1397, 206 L.Ed.2d 583 (2020), is not retroactive in Louisiana. **State v. Reddick,** 2021-01893 (La. 10/21/22), 351 So.3d 273, 283. Thus, relator failed to meet his burden of proving an exception to the time limitation or that counsel was ineffective in not raising the issue in the proceedings below or on appeal. See La. Code Crim. P. art. 930.8(A); **State v. Stafford,** 2024-01025 (La. 5/20/25), 409 So.3d 207 (*per curiam*). Accordingly, the district court did not abuse its discretion by dismissing the application for postconviction relief and the supplemental filings.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT